### Details - Case # 23DD002687 - Envelope # 13307344

## Envelope

Envelope ID
13307344

Submitted by
Ciarra Oduka

Username
Ciarra_Oduka@gand.uscourts.gov

## Case Information

Court Location
Fulton State Court

Case Type
Dispossessory

Case Category
Civil

Judge
JUDGE, PRESIDING

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| DEFENDANT | GABRIEL JOHNSON | |
| PLAINTIFF | MNSF II W1, LLC | Elizabeth Cruikshank |
| DEFENDANT | AND ALL OTHER OCCUPANTS | |

## Filings

Filing Code
Notice

Filing Type

Filing Description

Client Ref #

⌄

## Service Contacts

Service Contacts         0

## Fees

Payment account
Clerk, U.S. District Court, Northern Georgia



...NSON

Filing attorney

eFile GA - Printable Envelope Details    https://efilega.tylertech.cloud/OfsEfsp/ui/printable-envelope-details/7551f015-53ea-4299-82c1-83b...

Order ID

Transaction Response

Transaction Amount
$0.00

Transaction ID

**Total** $0.00
**Waiver Selected**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MNSF II W1, LLC, | * |
| Plaintiff, | * |
| v. | * 1:23-CV-04001-ELR |
| GABRIEL JOHNSON, And All Other Occupants, | * |
| Defendant. | * |

ATTEST: A TRUE COPY CERTIFIED THIS
Date: 10/4/2023
KEVIN P. WEIMER, Clerk
By: s/Ciarra Steede
Deputy Clerk

**O R D E R**

This case is before the Court on Magistrate Judge J. Elizabeth McBath's Final Report and Recommendation ("R&R"). [Doc. 3]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and, therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); see also Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 3]. For the reasons stated in the R&R, the Court **REMANDS** this case to the State Court of Fulton County, Georgia.

**SO ORDERED**, this 4th day of October, 2023.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia

4months,CLOSED,ELRLC2

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:23−cv−04001−ELR

| | |
|---|---|
| MNSF II W1, LLC v. Johnson et al | Date Filed: 09/07/2023 |
| Assigned to: Judge Eleanor L. Ross | Date Terminated: 10/04/2023 |
| Case in other court:  State Court of Fulton County, 23DD002687 | Jury Demand: None |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 230 Rent Lease & Ejectment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**MNSF II W1, LLC**          represented by   **Elizabeth Cruikshank**
Cruikshank Ersin, LLC
Suite 670
6065 Roswell Road, NE
Atlanta, GA 30328
770−884−8184
Email: beth@cruikshankersin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Gabriel Johnson**          represented by   **Gabriel Johnson**
4492 Bakers Ferry RD SW
Atlanta, GA 30331
PRO SE

**Defendant**

**All Other Occupants**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/07/2023 | 1 | | APPLICATION for Leave to Proceed in forma pauperis by Gabriel Johnson. (Attachments: # 1 Notice of Removal, # 2 Civil Cover Sheet)(lwb) (Entered: 09/08/2023) |
| 09/08/2023 | | | Submission of 1 APPLICATION for Leave to Proceed in forma pauperis *for IFP and Frivolity Determination* to Magistrate Judge J. Elizabeth McBath. (lwb) (Entered: 09/08/2023) |
| 09/12/2023 | 2 | | NOTICE OF REMOVAL with COMPLAINT filed by Gabriel Johnson. (Attachments: # 1 Civil Cover Sheet)(ces) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 09/12/2023) |

| | | | |
|---|---|---|---|
| 09/12/2023 | 3 | | ORDER & FINAL REPORT AND RECOMMENDATION re 2 Notice of Removal: The Court GRANTS Defendant's request to proceed IFP for this proceeding only and RECOMMENDS that this case be REMANDED to the State Court of Fulton County, Georgia. The Clerk is DIRECTED to terminate the referral to the undersigned Magistrate Judge. Signed by Magistrate Judge J. Elizabeth McBath on 9/12/23. (ces) (Entered: 09/12/2023) |
| 09/12/2023 | 4 | | ORDER for Service of 3 Final Report and Recommendation, by Magistrate Judge J. Elizabeth McBath. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge J. Elizabeth McBath on 9/12/23. (ces) (Entered: 09/12/2023) |
| 09/12/2023 | | | Clerk's Certificate of Mailing as to Gabriel Johnson re 3 Final Report and Recommendation, 4 Order for Service of Report and Recommendation. (ces) (Entered: 09/12/2023) |
| 09/13/2023 | 5 | | NOTICE FROM THE COURT: INSTRUCTIONS FOR CIVIL CASES ASSIGNED TO THE HONORABLE ELEANOR L. ROSS. (mlb) (Entered: 09/13/2023) |
| 09/13/2023 | | | Clerk's Certificate of Mailing to Gabriel Johnson as to Gabriel Johnson re 5 Order. (mlb) (Entered: 09/13/2023) |
| 10/02/2023 | | | Submission of 3 FINAL REPORT AND RECOMMENDATION re 2 Notice of Removal, filed by Gabriel Johnson, to District Judge Eleanor L. Ross. (mlb) (Entered: 10/02/2023) |
| 10/04/2023 | 6 | | ORDER: The Court ADOPTS the R&R as the opinion of this Court. 3 . For the reasons stated in the R&R, the Court REMANDS this case to the State Court of Fulton County, Georgia. Signed by Judge Eleanor L. Ross on 10/4/23. (ces) (Entered: 10/04/2023) |
| 10/04/2023 | | | Clerk's Certificate of Mailing as to Gabriel Johnson re 6 Order on Final Report and Recommendation. (ces) (Entered: 10/04/2023) |
| 10/04/2023 | | | Civil Case Terminated. (ces) (Entered: 10/04/2023) |